1  Anh Nguyen (SBN 281925)
   anguyen@slpattorney.com
2  **STRATEGIC LEGAL PRACTICES**
   **A PROFESSIONAL CORPORATION**
3  1840 Century Park East, Suite 430
   Los Angeles, CA 90067
4  Telephone:  (310) 929-4900
   Facsimile:   (310) 943-3838
5
   Attorney for Plaintiff
6  DESIREE RAVEN

7  Warren E Platt (SBN 154086)
   wplatt@swlaw.com
8  **SNELL & WILMER LLP**
   600 Anton Boulevard, Suite 1400
9  Costa Mesa, CA 92626
   Telephone:  (714) 318-2229
10 Facsimile:   (714) 427-7799

11 Attorney for Defendant
   FORD MOTOR COMPANY
12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| DESIREE RAVEN, | Case No.: 2:18-CV-01054-AB-FFM |
|---|---|
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE** |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Based on the Parties' joint stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and good cause appearing, the Court **GRANTS** the joint stipulation and **DISMISSES with prejudice** the Complaint as to all parties and claims. The Clerk of Court shall terminate the case. **IT IS SO ORDERED**

Dated: October 06, 2020    _____
                           United States District Judge